IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| WILLIAM ELLIS | ) | |
|---|---|---|
| | ) | CASE NO. 1:22-CV-00815 |
| -Plaintiff | ) | |
| | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| -vs- | ) | STIPULATED MOTION FOR AN ORDER |
| | ) | DIRECTING THE CLEVELAND OFFICE |
| | ) | OF PROFESSIONAL STANDARDS TO |
| DET. JEFFREY YASENCHACK, et al. | ) | PRODUCE ALL INVESTIGATIVE FILES |
| | ) | PERTAINING TO DET. JEFFREY |
| | ) | YASENCHACK |
| -Defendants | ) | |

Plaintiff respectfully requests that this Court enter an order directing the City of Cleveland, Office of Professional Standards, to produce to Plaintiff copies of any and all investigative files pertaining to Defendant Det. Jeffrey Yasenchack. Plaintiff has asserted claims for federal civil rights violations arising out of Plaintiff's arrest and prosecution in the matter of *United States of America v. William Ellis*, United States District Court for the Northern District of Ohio, case no. 1:20-cr-302. Plaintiff has alleged that he was the victim of a malicious prosecution.

Following the dismissal of the criminal charges in the matter of *United States v. Ellis*, a complaint was filed with the City of Cleveland Civilian Police Review Board. After an investigation by the Civilian Review Board, the complaint was forwarded to the City of Cleveland Office of Professional Standards. Plaintiff has propounded requests for production of documents to the City of Cleveland that seek a copy of all investigative materials from the Civilian Review Board and Office of Professional Standards. Plaintiff respectfully requests that this Court issue an order directing the Office of Professional Standards to produce the requested

files.  Defendants, through their counsel, have indicated their consent to this request subject to the protections of the standard stipulated protective order set forth in Appendix L to the Local Rules for the Northern District of Ohio.

Respectfully submitted,

s/Joseph F. Scott
JOSEPH F. SCOTT (0029780)
Scott & Winters
The Terminal Tower
50 Public Square, Suite 1900
Cleveland, OH  44113
P: 216-650-3318
jscott@ohiowagelawyers.com


*s/Marcus Sidoti*
Marcus Sidoti (0077476)
Sarah Gelsomino (0084340)
FRIEDMAN, GILBERT & GERHARDSTEIN
The Terminal Tower
50 Public Square, Suite 1900
Cleveland, OH 44113-2205
T: 216-241-1430
F: 216-621-0427
marcus@jordansidoti.com
sgelsomino@f-glaw.com
Counsel for Plaintiffs


**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2023 a copy of the foregoing was filed with the Court utilizing the Court's electronic filing system.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*s/Joseph F. Scott*
JOSEPH F. SCOTT (0029780)