IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| WILLIAM ELLIS | ) | |
| | ) | CASE NO. 1:22-CV-00815 |
| | ) | |
| -Plaintiff | ) | |
| | ) | |
| | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| | ) | |
| -vs- | ) | NOTICE OF DEPOSITION FOR DET. |
| | ) | JEFFREY YASENCHACK |
| | ) | |
| DET. JEFFREY YASENCHACK, et al. | ) | |
| | ) | |
| | ) | |
| -Defendants | ) | |

Plaintiff gives notice that Plaintiff will take the deposition of Defendant Det. Jeffrey Yasenchack on Friday, July 14, 2023 commencing at 10:00am. The deposition will be conducted at the offices of Friedman, Gilbert, & Gerhardstein located at 50 Public Square, Ste. 1900, Cleveland, Ohio. The deposition will be recorded by stenographic means and will continue from day to day until complete.

Respectfully submitted,

s/Joseph F. Scott
JOSEPH F. SCOTT (0029780)
Scott & Winters
Terminal Tower
50 Public Square, Suite 1900
Cleveland, OH 44113-2205
216-650-3318
jscott@ohiowagelawyers.com
Attorney for Plaintiff

s/Marcus Sidoti
MARCUS SIDOTI (0077476)
Friedman | Gilbert | Gerhardstein
Terminal Tower
50 Public Square, Ste. 1900
Cleveland, OH 44113-2205
(o)216-241-1430
marcus@FGGfirm.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

                                                  *s/ Joseph F. Scott*
                                                Joseph F. Scott (0029780)