IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **WILLIAM ELLIS,** ) | CASE NO.: 1:22-CV-00815-SO |
| ) | |
| Plaintiff, ) | JUDGE SOLOMON OLIVER, JR. |
| ) | |
| vs. ) | |
| ) | |
| **DET. JEFFREY YASENCHACK**, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### DECLARATION OF SGT. MITCHELL SHEEHAN

STATE OF OHIO      )
                   )  SS:
COUNTY OF CUYAHOGA )

Sgt. Mitchell Sheehan, pursuant to 28 U.S.C. § 1746(2), certifies under penalty of perjury the following is true and correct:

1. My name is Sgt. Mitchell Sheehan. I have personal knowledge about all of the facts in this declaration.

2. I serve as a law enforcement officer for the Internal Affairs Unit for the City of Cleveland, #9130.

3. The Internal Affairs Unit became aware of that Detective Jeffrey Yasenchack had been accused of providing false testimony in regards to a search warrant. The Internal

Affairs Unit opened an investigation on June 1, 2022. Our investigation was suspended from June 19, 2022 through August 19, 2022, because the Office of Professional Standards had the case. Our investigation was suspended again on September 28, 2022 for a criminal review by a special prosecutor. The Internal Affairs Unit continued again after a special prosecutor gave an opinion that Detective Yasenchack's conduct did not rise to the level of criminal conduct. No criminal charges were recommended.

4. As part of our investigation, I spoke with the person Detective Yasenchack referred to in his warrant application as a "concerned citizen."

5. On August 25, 2022, I spoke with Matthew Radovanic. He admitted to me that he obtained drugs from William Ellis (known as "Blaze") before. He admitted that he told Detective Yasenchack that he had obtained drugs from Ellis before. He admitted that Detective Yasenchack found drugs on him the day he was stopped. He admitted that there were messages on his phone with Ellis regarding drug transactions. He said it was accurate that the day Yasenchack stopped him he told Yasenchack that he got drugs from Ellis.

6. He admitted that he told an investigator for the federal public defender that Ellis was giving him drugs not selling him drugs. He later admitted that he "probably did" tell an investigator that he did not get drugs from Ellis. He admitted that the day Yasenchack stopped him that the drugs found on him were from Ellis. My conversation with Matthew Radovanic was recorded.

**FURTHER DECLARANT SAYETH NAUGHT.**

I declare under penalty of perjury that the foregoing is true and accurate. Executed on the 31st day of August, 2023.

—/s/ Mitchell Sheehan #9130—
SGT. MITCHELL SHEEHAN