

CUYAHOGA COUNTY REGIONAL FORENSIC SCIENCE LABORATORY

# CCRFSL

11001 Cedar Avenue Cleveland, OH 44106
Phone No. 216 721 5610  FAX No. 216 707 3123

REQUESTING AGENCY CASE NO.
2020-139102

LABORATORY CASE NUMBER
2020-002566
Request #: 0001

Defendant: *William Ellis*

Attn: Bobby Sumlin
Cleveland Police Department-5th District
881 East 152nd Street Cleveland, OH 44106

## PHYSICAL EVIDENCE EXAMINATION REPORT

Submitted by Cleveland Police Department-5th District on May 19, 2020 via Courier:

Item: 001: Bag Number: *595034*: *digital scale*
    As Tested: Sealed evidence bag containing one scale
        Cocaine Residue, Schedule II
            Methodologies Utilized:
                GCMS

Item: 002: Bag Number: *595032*: *bag of multiple bags of narcotics*
    As Tested: Sealed evidence bag containing one plastic bag containing:

Item: 002.01: One plastic bag containing small yellow/tan particles
        Net Weight 17.09 grams +/- 0.02 grams at a coverage probability of 95.45%
        Heroin, Schedule I
        Fentanyl, Schedule II
        Carfentanil, Schedule II
        Cocaine, Schedule II
        4-ANPP, Schedule II
        Tramadol, Schedule IV
            Methodologies Utilized:
                Color Testing
                GCMS

Item: 002.02: One plastic bag containing three tan fragments and small particles
        Net Weight 4.61 grams +/- 0.01 grams at a coverage probability of 95.45%
        Heroin, Schedule I
        Fentanyl, Schedule II
        4-ANPP, Schedule II
            Methodologies Utilized:
                Color Testing
                GCMS

Item: 002.03: One plastic bag containing small yellow/tan particles
        Net Weight 0.71 grams +/- 0.01 grams at a coverage probability of 95.45%
        Heroin, Schedule I
        Fentanyl, Schedule II
        Carfentanil, Schedule II
        Cocaine, Schedule II
        4-ANPP, Schedule II
        Tramadol, Schedule IV
            Methodologies Utilized:
                Color Testing



**CUYAHOGA COUNTY REGIONAL FORENSIC SCIENCE LABORATORY**

**CCRFSL**

11001 Cedar Avenue Cleveland, OH 44106
Phone No. 216 721 5610   FAX No. 216 707 3123

REQUESTING AGENCY
Cleveland Police Department-5th District
Defendant: *William Ellis*

Lab Case Number: 2020-002566
Request #: 0001

GCMS

Item: 002.04: One plastic bag containing ten pink tablets marked NP 12
    Net Weight 0.77 grams +/- 0.01 grams at a coverage probability of 95.45%
    Fentanyl, Schedule II
        Coded to Be: Oxycodone HCl 10mg
        Methodologies Utilized:
            Tablet Logo Identification
            GCMS

Item: 003: Bag Number: *595030: drug press*
    As Tested: Sealed evidence bag containing one metal press
        Heroin Residue, Schedule I
        Cocaine Residue, Schedule II
            Methodologies Utilized:
            GCMS

Item: 004: Bag Number: *595028: two scales w-residue*
    As Tested: Sealed evidence bag containing two scales

Item: 004.01: One scale selected for testing
        Heroin Residue, Schedule I
        Cocaine Residue, Schedule II
        Tramadol Residue, Schedule IV
            Methodologies Utilized:
            GCMS

Item: 005: Bag Number: *595104: 7 1/2 pills in plastic*
    As Tested: Sealed evidence bag containing:

Item: 005.01: Seven and a quarter white tablets marked 512
    Dose Count 7.25 unit dose
    Oxycodone and Acetaminophen, Schedule II
        Coded to Be: Acetaminophen 325mg / Oxycodone Hydrochloride 5mg
        Methodologies Utilized:
            Tablet Logo Identification
            GCMS

Item: 005.02: One empty plastic bag
        THC Residue, Schedule I
            Methodologies Utilized:
            GCMS

Item: 006: Bag Number: *589194: bottle of pills*
    As Tested: Sealed evidence bag containing one medicine bottle containing fifty-four yellow tablets marked IG 283
    Dose Count 54 unit dose
    No Analysis Performed (Non-Scheduled Medication)
        Coded to Be: Cyclobenzaprine HCl 5mg
        Methodologies Utilized:



CUYAHOGA COUNTY REGIONAL FORENSIC SCIENCE LABORATORY

**CCRFSL**

11001 Cedar Avenue Cleveland, OH 44106
Phone No. 216 721 5610  FAX No. 216 707 3123

Lab Case Number: 2020-002566
Request #: 0001

REQUESTING AGENCY
Cleveland Police Department-5th District
Defendant: *William Ellis*

Tablet Logo Identification

Item: 007: Bag Number: *93671: 7 containers w-residue & plastic bag*
    As Tested: Sealed evidence bag containing four plastic containers, three glass cups, and one empty plastic bag

  Item: 007.01: Empty plastic bag selected for testing
        THC Residue, Schedule I
            Methodologies Utilized:
                GCMS

  Item: 007.02: One glass cup selected for testing
        No Controlled Substance or Other Significant Compound
            Methodologies Utilized:
                GCMS

Item: 008: Bag Number: *595124: mentos container w/ 2 packets & straw*

  Item: 008.01: One plastic bag containing small off-white particles
        Net Weight 0.01 grams +/- 0.01 grams at a coverage probability of 95.45%
        Cocaine, Schedule II
            Methodologies Utilized:
                Color Testing
                GCMS

Item: 009: Bag Number: *589192: pill in paper*
    As Tested: Sealed evidence bag containing one paper fold containing one yellow/ off-white fragment and small particles
        Net Weight 0.06 grams +/- 0.01 grams at a coverage probability of 95.45%
        No Controlled Substance or Other Significant Compound
            Methodologies Utilized:
                GCMS

Item: 010: Bag Number: *595026: pills*
    As Tested: Sealed evidence bag containing one medicine bottle containing three and three-quarters orange tablets marked 022
        Dose Count 3.75 unit dose
        No Analysis Performed (Non-Scheduled Medication)
            Coded to Be: Cyclobenzaprine HCl 10mg
            Methodologies Utilized:
                Tablet Logo Identification

Item: 011: Bag Number: *595118: bag w/residue*
    As Tested: Sealed evidence bag containing one empty plastic bag
        Heroin Residue, Schedule I
        Cocaine Residue, Schedule II
        Tramadol Residue, Schedule IV
            Methodologies Utilized:
                GCMS

Item: 012: Bag Number: *574007: cutting agent*
    As Tested: Sealed evidence bag containing one plastic container containing small off-white particles


CUYAHOGA COUNTY REGIONAL FORENSIC SCIENCE LABORATORY

**CCRFSL**

11001 Cedar Avenue Cleveland, OH 44106
Phone No. 216 721 5610   FAX No. 216 707 3123

Lab Case Number: 2020-002566
Request #: 0001

REQUESTING AGENCY
Cleveland Police Department-5th District
Defendant: *William Ellis*

Net Weight 0.20 grams +/- 0.01 grams at a coverage probability of 95.45%
No Controlled Substance or Other Significant Compound
Methodologies Utilized:

GCMS

Item: 013: Bag Number: *595024*: *bag of baggies w/residue*

As Tested: Sealed evidence bag containing one plastic bag containing numerous plastic bags, pieces of paper, and gloves

Item: 013.01: One plastic bag selected for testing

Heroin Residue, Schedule I
Cocaine Residue, Schedule II
Tramadol Residue, Schedule IV
Methodologies Utilized:

GCMS

Item: 013.02: One plastic bag selected for testing

No Controlled Substance or Other Significant Compound
Methodologies Utilized:

GCMS

Examined By: *Brian Marosan*

Issue Date: May 28, 2020

Brian Marosan
Forensic Scientist 2



CUYAHOGA COUNTY REGIONAL FORENSIC SCIENCE LABORATORY

**CCRFSL**

11001 Cedar Avenue Cleveland, OH 44106
Phone No. 216 721 5610   FAX No. 216 707 3123

REQUESTING AGENCY
Cleveland Police Department-5th District
Defendant: *William Ellis*

Lab Case Number: 2020-002566
Request #: 0001

**Brain Marosan**

STATEMENT OF QUALIFICATIONS

**Professional Experience**

Forensic Scientist, Drug Chemistry
Cuyahoga County Regional Forensic Science Laboratory September 2016-Present
-Analysis of samples for the presence or lack of controlled substances through the use of analytical and instrumental chemistry.

Forensic Scientist, Drug Chemistry
Allegheny County Medical Examiner's Office - Division of Forensic Laboratories July 2014-September 2016
-Analysis of samples for the presence or lack of controlled substances through the use of analytical and instrumental chemistry.

**Education**

Bachelor of Science Degree in Chemistry
Cleveland State University
Cleveland, Ohio September 2010 – May 2014

Allegheny County Medical Examiner's Office - Division of Forensic Laboratories July 2014 - December 2014
Drug Chemistry Trainer/Trainee Program
-Chemistry and pharmacology of controlled substances
-Forensic analysis of controlled substances
-Defense of analytical results in court of law.

**Training**

-"Expert Witness Testimony Training for Forensic Scientists", 2017 MAFS Annual Meeting, Dan Bergman, September 19, 2017
-"To Hell and Back: the Ethics of Stewardship and the Stewardship of Ethics," Paul Voss, Ph.D, October 25, 2016
-DEA Forensic Chemist Seminar, Dulles VA, March 14-18, 2016



CUYAHOGA COUNTY REGIONAL FORENSIC SCIENCE LABORATORY

**CCRFSL**

11001 Cedar Avenue Cleveland, OH 44106
Phone No. 216 721 5610   FAX No. 216 707 3123

Lab Case Number: 2020-002566
Request #: 0001

REQUESTING AGENCY
Cleveland Police Department-5th District
Defendant: *William Ellis*

In accordance with ORC 2925.51:

This report is the result of scientifically accepted tests that were performed with due caution. All evidence was handled in accordance with established and accepted procedures while in the custody of the lab.

The prosecuting attorney shall serve a copy of this report on the attorney of record for the accused, or on the accused if the accused has no attorney, prior to any proceeding in which the report is to be used against the accused other than at a preliminary hearing or grand jury proceeding where the report may be used without having been previously served upon the accused.

This report shall be prima-facie evidence unless the accused or the accused's attorney demands the testimony of the person signing the report, by serving the demand upon the prosecuting attorney within seven (7) days from the accused or the accused's attorney receipt of the report.

A notarized statement by the signer of the report giving the name of the signer, employment status, qualifications, and duties as specified in ORC 2925.51 is available upon request.

All statistical sampling uses the hypergeometric protocol at a 95% confidence level, k = 0.9, and zero negative samples.

Unless otherwise noted, the uncertainty for all weight results is 0.10%. Any uncertainty measurement that is calculated to be below 0.01 grams, will be reported as 0.01 grams.

Every effort is made to ensure the accuracy of reporting with respect to drug scheduling. However, due to our continually changing federal and state drug laws it cannot be guaranteed that the drug schedule reported here is what was in effect at the time that this offense occured. Therefore, it is recommened that your prosecutor's office be consulted if there are any questions about drug scheduling or charging.

All items referenced in this report are ready to be picked up by your agency.

All activities related to this case were completed between the date the evidence was received, as noted on this report, and the report's issue date. Specific activity dates are maintained in the case file for this case.

Information displayed in *Italics* is data supplied by the submitting agency, CCMEO departments, or entered by CCMEO in-take personnel.

Results in this report relate only to the items tested and apply to the sample(s) as received.

This report shall not be reproduced except in full, without the written approval of the Cuyahoga County Regional Forensic Science Laboratory.



**CUYAHOGA COUNTY REGIONAL FORENSIC SCIENCE LABORATORY**

**CCRFSL**

11001 Cedar Avenue Cleveland, OH 44106
Phone No. 216 721 5610   FAX No. 216 707 3123

REQUESTING AGENCY CASE NO.
2020-131403

LABORATORY CASE NUMBER
2020-002394
Request #: 0001

Suspect: V S

Attn: Jeffrey Yasenchack
Cleveland Police Department-5th District
881 East 152nd Street Cleveland, OH 44106

## PHYSICAL EVIDENCE EXAMINATION REPORT

Submitted by Stanard, Kevin of Cleveland Police Department-5th District on May 12, 2020:

Item: 001: Bag Number: *589960*: *Yellow powder in plastic*

As Tested: Sealed evidence bag containing a plastic bag containing the following:

Item: 001.01: Six yellow fragments and small particles

Net Weight 0.37 grams +/- 0.01 grams at a coverage probability of 95.45%
Heroin, Schedule I
Carfentanil, Schedule II
Fentanyl, Schedule II
4-ANPP, Schedule II
Cocaine, Schedule II
Tramadol, Schedule IV
Gabapentin, Non-Scheduled
   Methodologies Utilized:
      Color Testing
      GCMS

Item: 001.02: Yellow powder

Net Weight 0.39 grams +/- 0.01 grams at a coverage probability of 95.45%
Heroin, Schedule I
Carfentanil, Schedule II
Fentanyl, Schedule II
4-ANPP, Schedule II
Cocaine, Schedule II
Tramadol, Schedule IV
Gabapentin, Non-Scheduled
   Methodologies Utilized:
      Color Testing
      GCMS

Examined By: *Samantha Delor*

Samantha Delor
Forensic Scientist 2

Issue Date: May 15, 2020



CUYAHOGA COUNTY REGIONAL FORENSIC SCIENCE LABORATORY

**CCRFSL**

11001 Cedar Avenue Cleveland, OH 44106
Phone No. 216 721 5610  FAX No. 216 707 3123

REQUESTING AGENCY
Cleveland Police Department-5th District
Suspect: *V S*

Lab Case Number: 2020-002394
Request #: 0001

**Samantha Delor**

**STATEMENT OF QUALIFICATIONS**

**EDUCATION**

Arcadia University, Glenside, PA May 2011
M.S. in Forensic Science

Elon University, Elon, NC
May 2009
B.S. in Chemistry
Minor: Criminal Justice

**EMPLOYMENT**

**Cuyahoga County Medical Examiner's Office (September 2017 – present)**
Forensic Scientist II - Forensic Drug Chemistry
-Analyze evidence for the presence of controlled substances and provide associated court testimony when needed.

**Tennessee Bureau of Investigation (July 2015-May 2017)**
Special Agent Forensic Scientist
-Analyze biological samples for the presence of drugs and provide associated court testimony when needed.

**Aegis Sciences Corporation (June 2013 – July 2015)**
Process Analyst
-Remediated all reporting discrepancies through process improvement, which included assessment of all pertinent standard operating procedures and creation of a permanent change that would prevent all future occurrences.

**Aegis Sciences Corporation (June 2011 – June 2013)**
Forensic Certifying Scientist
-Pain management drug analysis. Job duties included instrument maintenance, troubleshooting, and data review.

**Training and activities**
-Law 101: Legal Guide for the Forensic Expert, Online Seminar, National Institute of Justice, February 5, 2018
-To Hell and Back: The Ethics of Stewardship and the Stewardship of Ethics, Online Seminar, RTI International, October 17, 2017
-Cuyahoga County Medical Examiner's Office – Training in drug chemistry on controlled substance analysis, September 2017-January 2017
-Tennessee Bureau of Investigation – Basic crime scene processing school, September 2016-November 2016
-Tennessee Bureau of Investigation –Training in the toxicology section on drug analysis, July 2015 – May 2016



**CUYAHOGA COUNTY REGIONAL FORENSIC SCIENCE LABORATORY**

**CCRFSL**

11001 Cedar Avenue Cleveland, OH 44106
Phone No. 216 721 5610   FAX No. 216 707 3123

REQUESTING AGENCY
Cleveland Police Department-5th District
Suspect: *V S*

Lab Case Number: 2020-002394
Request #: 0001

In accordance with ORC 2925.51:

This report is the result of scientifically accepted tests that were performed with due caution. All evidence was handled in accordance with established and accepted procedures while in the custody of the lab.

The prosecuting attorney shall serve a copy of this report on the attorney of record for the accused, or on the accused if the accused has no attorney, prior to any proceeding in which the report is to be used against the accused other than at a preliminary hearing or grand jury proceeding where the report may be used without having been previously served upon the accused.

This report shall be prima-facie evidence unless the accused or the accused's attorney demands the testimony of the person signing the report, by serving the demand upon the prosecuting attorney within seven (7) days from the accused or the accused's attorney receipt of the report.

A notarized statement by the signer of the report giving the name of the signer, employment status, qualifications, and duties as specified in ORC 2925.51 is available upon request.

All statistical sampling uses the hypergeometric protocol at a 95% confidence level, k = 0.9, and zero negative samples.

Unless otherwise noted, the uncertainty for all weight results is 0.10%. Any uncertainty measurement that is calculated to be below 0.01 grams, will be reported as 0.01 grams.

Every effort is made to ensure the accuracy of reporting with respect to drug scheduling. However, due to our continually changing federal and state drug laws it cannot be guaranteed that the drug schedule reported here is what was in effect at the time that this offense occured. Therefore, it is recommened that your prosecutor's office be consulted if there are any questions about drug scheduling or charging.

All items referenced in this report are ready to be picked up by your agency.

All activities related to this case were completed between the date the evidence was received, as noted on this report, and the report's issue date. Specific activity dates are maintained in the case file for this case.

Information displayed in *Italics* is data supplied by the submitting agency, CCMEO departments, or entered by CCMEO in-take personnel.

Results in this report relate only to the items tested and apply to the sample(s) as received.

This report shall not be reproduced except in full, without the written approval of the Cuyahoga County Regional Forensic Science Laboratory.