

FILED
JUN 12 2020
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **I N D I C T M E N T** |
| Plaintiff, ) | JUDGE PEARSON |
| v. ) | CASE NO. 1:20 CR 302 |
| ) | Title 21, United States Code, |
| WILLIAM ELLIS, ) | Sections 841(a)(1) and (b)(1)(B); |
| ) | Title 18, United States Code, |
| Defendant. ) | Sections 922(g) and 924(a)(2) |

## COUNT 1
(Possession with Intent to Distribute Carfentanil, Heroin, Fentanyl, Cocaine, and Tramadol,
21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury charges:

1. On or about May 18, 2020, in the Northern District of Ohio, Eastern Division, Defendant WILLIAM ELLIS did knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance; fentanyl, a Schedule II controlled substance; carfentanil, a Schedule II controlled substance; cocaine, a Schedule II controlled substance; and tramadol, a Schedule IV controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 2
(Felon in Possession of Firearm and Ammunition,
18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The Grand Jury further charges:

2. On or about May 18, 2020, in the Northern District of Ohio, Eastern Division,

Defendant WILLIAM ELLIS, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being:

    a. Felonious Assault, Ohio Revised Code § 2903.11(A)(2), Felony of the Second Degree, in the Cuyahoga County Court of Common Pleas, CR- 07-498821-A;

    b. Gross Sexual Imposition, Ohio Revised Code § 2907.05(A)(1), Felony of the Fourth Degree, in the Cuyahoga County Court of Common Pleas, CR-07-495646-A;

    c. Kidnapping, Ohio Revised Code § 2905.01(A)(2), Felony of the First Degree, in the Cuyahoga County Court of Common Pleas, CR-07-495646-A;

    d. Drug Trafficking, Ohio Revised Code § 2925.03(A)(2), Felony of the Fourth Degree, in the Cuyahoga County Court of Common Pleas, CR-97-349373-ZA;

did knowingly possess in, and affecting interstate and foreign commerce firearms and ammunition, to wit: a Smith & Wesson Revolver Serial Number #1D65044; 9 millimeter ammunition; 5.56 caliber ammunition; and 7.62 caliber ammunition; said firearms and ammunition having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE

The Grand Jury further charges:

    3. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853; Title 18, United States Code, Section 924(d)(1); and Title 28, United States Code Section 2461(c), the allegations of Counts 1 through 2 are incorporated herein by reference. As a result of the foregoing offenses, Defendant WILLIAM ELLIS shall forfeit to the United States any and all property constituting or derived from any proceeds he obtained directly or indirectly

as a result of such violations; any and all of his property used or intended to be used in any manner or part to commit or to facilitate the commission of such violations; and, any and all firearms and ammunition involved in or used in the commission of such violations; including, but not limited to, the following:

    a. a Smith & Wesson Revolver Serial Number #1D65044 seized on May 18, 2020;

    b. 9 millimeter ammunition seized on May 18, 2020;

    c. 5.56 caliber ammunition seized on May 18, 2020; and

    d. 7.62 caliber ammunition seized on May 18, 2020.

                                                        A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.