IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **WILLIAM ELLIS,** | ) | CASE NO.: 1:22-CV-00815-SO |
| Plaintiff, | ) ) ) | JUDGE SOLOMON OLIVER, JR. |
| vs. | ) ) ) | |
| **DET. JEFFREY YASENCHACK**, *et al.*, | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Now comes J.R. Russell, City of Cleveland Law Department, and submits notice to the Court and all parties that he shall serve as lead counsel and as counsel of record for Defendant Det. Jeffrey Yasenchack, substituted in place of Attorney Craig J. Morice. Attorney Morice is employed by a different entity other than the City of Cleveland. All notices, pleadings, and other documents should be sent to J.R. Russell, at the address listed below.

                        Respectfully submitted,

By: */s/ J.R. Russell, Jr.*
James R. Russell, Jr. (0075499)
Chief Assistant Director of Law
City of Cleveland, Department of Law
601 Lakeside Avenue, Room 106
Cleveland, Ohio 44114-1077
Tel: (216) 664-2800
Fax: (216) 664-2663
JRussell2@clevelandohio.gov
*Attorney for Defendant Yasenchack*

1

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing was filed electronically on the 12th day of September, 2023. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/ *J.R. Russell, Jr.*
James R. Russell, Jr. (0075499)
*Attorney for Defendant Yasenchack*