IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| WILLIAM ELLIS<br><br>  -Plaintiff<br><br><br>-vs-<br><br><br>DET. JEFFREY YASENCHACK, et al.<br><br><br>  -Defendants | CASE NO. 1:22-CV-00815<br><br>JUDGE SOLOMON OLIVER, JR.<br><br><br>PLAINTIFF'S STIPULATED DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT CITY OF CLEVELAND |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff hereby gives notice of his voluntary

dismissal of all claims against Defendant City of Cleveland.  Said dismissal is with prejudice.

Defendant City of Cleveland has stipulated to Plaintiff's voluntary dismissal as required by Fed.

R. Civ. P. 41(a)(1)(A)(ii)

Approved by:


  MARK D. GRIFFIN (0064141)
  Director of Law

By:  s/William M. Menzalora
    WILLIAM M. MENZALORA (0061136)
    Chief Assistant Director of Law
    City of Cleveland, Department of Law
    601 Lakeside Avenue, Room 106
    Cleveland, Ohio  44114
    Tel:     (216) 664-2800
    Email:  wmenzalora@clevelandohio.gov

    One of the Attorneys for Defendant City of Cleveland

Respectfully submitted,

/s/Joseph F. Scott_____
JOSEPH F. SCOTT (0029780)
Scott & Winters
Terminal Tower
50 Public Square, Suite 1900
Cleveland, OH  44113
P: 216-912-2221  F: 216-350-6313
jscott@ohiowagelawyers.com
One of the Attorneys for Plaintiff


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed electronically.

Notice of this filing will be sent by operation of the Court's electronic filing system to all parties

indicated on the electronic filing receipt.

*s/ Joseph F. Scott*_____
Joseph F. Scott (0029780)