UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM ELLIS, | ) | Case No.: 1: 22 CV 815 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| DET. JEFFREY YASENCHACK, | ) | |
| | ) | |
| Defendants | ) | STATUS CONFERENCE ORDER |

A telephonic status conference was held with counsel for the parties in the above-captioned case on November 17, 2025, at 3:00 p.m. to discuss the parties' positions following remand from the Sixth Circuit of Defendant's appeal of the court's Order (ECF No. 37) denying summary judgment on the basis of qualified immunity. *See Ellis v. Yasenchack*, No. 24-3892, 2025 WL 2427724 (6th Cir. Aug. 22, 2025). The parties agreed that the case should be set for trial.

Accordingly, the court hereby sets this case for trial on January 26, 2026. A separate trial order shall issue.

IT IS SO ORDERED.

*/s/ SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

November 19, 2025