UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM ELLIS, | ) | Case No.: 1:22 CV 815 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| DET. JEFFREY YASENCHACK, | ) | |
| | ) | |
| Defendant | ) | FINAL PRETRIAL |
| | ) | CONFERENCE ORDER |

The court held a final pretrial conference on the record with the parties on March 19, 2026, at 2:30 p.m. Plaintiff William Ellis appeared alongside counsel, as did Defendant Jeffrey Yasenchack. The parties expressed to the court that they expect the trial to last between three and five days, that between six and seven witnesses will be called on both sides, and that neither party anticipates calling an expert witness. Counsel also represented to the court that they anticipate filing several motions in limine by the deadline stated in the Trial Order (ECF No. 44). The court indicated that he would seat eight jurors for the trial.

Before concluding the conference, the court inquired about the status of any recent settlement negotiations. Plaintiff stated that a demand was issued to Defendant on Monday, March 16, but that Defendant had not responded to it yet. After further discussion with the parties, the court concluded the case was unlikely to be resolved before trial. Accordingly, trial remains set for April 13, 2026,

at 9:00 a.m. in Courtroom 19A.

IT IS SO ORDERED.

*/s/ SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

March 20, 2026

-2-