IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **WILLIAM ELLIS,** | ) | CASE NO.:  1:22-CV-00815-SO |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| vs. | ) | |
| | ) | |
| **DET. JEFFREY YASENCHACK**, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

---

### NOTICE OF WITNESS AND EXHIBIT LIST

---

Defendant Det. Jeffrey Yasenchack ("Det. Yasenchack"), pursuant to Rule 26 and this Court's trial order issued on November 20, 2025 (*Doc. 43, PageID #650*), hereby submits his Witness and Exhibit List for the trial of this matter.

Respectfully submitted,

By:   */s/ J.R. Russell*
ELENA N. BOOP (0072907)
Chief Trial Counsel
James R. Russell, Jr. (0075499)
Chief Assistant Director of Law
City of Cleveland, Department of Law
601 Lakeside Avenue, Room 106
Cleveland, Ohio 44114-1077
Tel: (216) 664-2800
Email: EBoop@clevelandohio.gov
Email: JRussell2@clevelandohio.gov
*Attorneys for Defendant Det. Jeffrey Yasenchack*

I.      WITNESS LIST

1.      Douglas Nichols, Retired K9 Officer #2454 for the City of Cleveland Division of Police, 2012 West 25th Street, 6th Floor, Cleveland, Ohio 44113. Mr. Nichols will testify about his experience and training as a K9 Officer, and his prior work with his partner Hugo. He will testify about his role in the investigation and his observations on Monday, May 18, 2020, with his partner Hugo, at Mr. Ellis's home located at 638 E. 127th Street. He will authenticate and testify regarding video and audio evidence captured by body camera. He will testify about the contraband discovered in Mr. Ellis's home on May 18, 2020. He has personal knowledge about the probable cause to initiate and continue prosecution of Mr. Ellis.

2.      Captain Renee Kane, Retired Officer #6571 for the City of Cleveland Division of Police, C/O Cleveland Law Department, 601 Lakeside Avenue, Room 106, Cleveland, Ohio 44114. Ms. Kane will testify about her prior experience as an Officer. Ms. Kane will testify about her role as the Captain with the 5th District Vice Unit. She will testify about her role and the role of other law enforcement officials in the investigation and her observations on Monday, May 18, 2020 at Mr. Ellis's home located at 638 E. 127th Street. She will authenticate and testify regarding video and audio evidence captured by body camera. She will testify about the contraband discovered in Mr. Ellis's home on May 18, 2020. Ms. Kane will testify about interactions that Mr. Ellis had with law enforcement on May 18, 2020. She has knowledge about the probable cause to initiate and continue prosecution of Mr. Ellis.

3.      Samantha Delor, Forensic Scientist 2, Cuyahoga County Regional Forensic Laboratory, 11001 Cedar Avenue, Cleveland, Ohio 44106. Ms. Delor will testify about her education, experience, and training as a forensic scientist. She will testify about Laboratory Case No. 2020-002394. She will testify as to the process for obtaining, testing, and reporting on evidence received by the laboratory. She will testify that her report issued on May 15, 2020 set out her office's activities, and the observations and factual findings made. She will testify about her transmission of the report to law enforcement and/or the prosecutor for the criminal case against Mr. Ellis.

4.      Brian Marosan, Forensic Analyst, Lake County Crime Laboratory, 235 Fairgrounds Road, Painesville, Ohio 44077, formerly of the Cuyahoga County Regional Forensic Laboratory in 2020. Mr. Marosan will testify about his education, experience, and training as a forensic scientist. He will testify about Laboratory Case No. 2020-002565. He will testify as to the process for obtaining,

testing, and reporting on evidence received by the laboratory. He will testify that his report issued on May 28, 2020 set out his office's activities, and the observations and factual findings made. He will testify about his transmission of the report to law enforcement and/or the prosecutor for the criminal case against Mr. Ellis.

5. Sgt. Mitchell Sheehan, #9130, Internal Affairs, for City of Cleveland Division of Police, 1300 Ontario Street, 9th Floor, Cleveland, Ohio 44106. Sgt. Sheehan will testify that the Internal Affairs Unit became aware of allegations against Det. Yasenchack on May 26, 2022. Internal Affairs opened an investigation into the allegations about Detective Yasenchack on June 1, 2022. On August 25, 2022, Sgt. Sheehan had a telephone conversation with the now deceased Matthew Radovanic. Sgt. Sheehan will authenticate the recorded telephone conversation with Mr. Radovanic.

6. Kevin P. Pierce, AUSA, District of Delaware, AUSA Pierce was the prosecuting attorney in *United States v. Ellis*, 20-cr-0302. Mr. Pierce received information from the Task Force that executed the warrant on Ellis's home. He caused the criminal complaint prepared to be filed based on the illegal weapons, ammunition, and narcotics located in Mr. Ellis's home on May 18, 2020. Mr. Pierce argued on behalf of the Government at the preliminary hearing before Magistrate Judge David A. Ruiz on May 28, 2020 and before the grand jury on June 11, 2020. Mr. Pierce can confirm that Mr. Yasenchack did not testify at the preliminary hearing or the grand jury and that Detective Yasenchack did not make, participate or influence the decision to initially charge and to continue to prosecute Ellis. The Magistrate Judge found there was sufficient evidence to establish probable cause and the matter was bound over to the Grand Jury. Mr. Pierce can confirm the Government moved to continue the detention of Mr. Ellis pending trial, and the motion was granted by the Court on May 29, 2020.

Mr. Pierce can confirm the grand jury issued a true bill for charges against Ellis for possession with intent to distribute and being a felon in possession of a firearm and ammunition under 21 U.S.C. § 841 and 18 U.S.C. § 922 and 924. It is anticipated that Mr. Pierce will testify that he cannot recall discussing the case with Yasenchack. Mr. Pierce will confirm that Ellis's legal counsel filed a Motion to Suppress the evidence discovered from the search of his home.

Mr. Pierce has knowledge that the Court in the criminal case conducted a suppression hearing on July 21, 2021. Mr. Pierce has knowledge that one of the witnesses who testified on behalf of Ellis was the now deceased Matthew Radovanic.

Mr. Pierce can confirm the District Court in the criminal case granted the Motion to Suppress filed by Mr. Ellis on July 27, 2021 (*Doc. 65, PageID #653*). Mr. Pierce can confirm that this means the Government could not introduce any evidence of the results of the search of Ellis's home at a trial of the criminal case. Mr. Pierce filed a Motion to Continue the trial scheduled for August of 2021. The District Court granted that Motion (*Doc. 65, PageID #654*). Mr. Pierce filed a Motion to Dismiss the case, without prejudice to a future re-filing. The District Court granted the Motion and dismissed the case against Mr. Ellis on August 27, 2021 (*Doc. 68, PageID #659*).

Mr. Pierce can identify and authenticate the following documents filed in *United States v. Ellis*, 20-cr-0302: Complaint (*Doc. 1, PageID #1*), Indictment (*Doc. 14, PageID #44*), Order for Detention (*Doc. 13, PageID #41*), Order (*Doc. 65, PageID #653*), Order for Dismissal (*Doc. 68, PageID #659*).

7. Detective Yasenchack. Retired Detective for City of Cleveland, Division of Police, C/O Cleveland Law Department, 601 Lakeside Avenue, Room 106, Cleveland, Ohio 44114. He will testify about receiving information about Ellis from Victor Payne on or about April 15, 2020. He will testify about his further investigations around 638 East 127th Street in April and early May of 2020. He will testify that he witnessed multiple people arrive at Ellis's home, stay a short time and leave. He will testify about his personal observations and interactions with the occupants of the vehicle after he stopped the vehicle operated by Matthew Radovanic. He will testify about the contraband recovered from the vehicle. Matthew Radovanic admitted to Det. Yasenchack that he obtained fentanyl from Ellis. He will testify that he field tested the substance found on the individuals that he stopped. He will testify that he submitted the substance to the Cuyahoga County Laboratory for testing. He will testify that he obtained a warrant for the search of Ellis's home and vehicle on Thursday, May 14, 2020. He will testify about his observations and the contraband recovered from Ellis's home on Monday, May 18, 2020. He will testify that the suspected drugs recovered were sent to the Cuyahoga County Laboratory for testing. He will testify about his observations relating the location of Ellis's home and his utility connections at the home. He will testify about his limited interactions and lack of participation in *United States v. Ellis*, 20-cr-0302 after the execution of the search warrant on May 18, 2020.

8. William Ellis, as on cross examination, C/O Plaintiff's counsel. If Ellis does not testify during his case in chief, Ellis may be called as on cross examination. He will testify about *United States v. Ellis*, 20-cr-0302, his discovery responses, his prior felony record before

the search, and his time of incarceration in criminal proceedings before and after the search.

9.      Sgt. Weaver, only if Court denies Det. Yasenchack's Motions in Limine relating to Ellis's arrest on March 4, 2019.

10.      Any and all other witnesses listed on Plaintiff's witness list, whether or not called by Plaintiff, on direct or cross examination.

## II.    EXHIBIT LIST

Det. Jeffrey Yasenchack will introduce the following exhibits:

1.      Deft. Ex. A. Redacted Criminal Complaint in *United States v. Ellis*, 20-cr-00302, filed 5/18/20 (*Doc. 1, PageID #1*)

2.      Deft. Ex. B. Order binding matter over to the Grand Jury in *United States v. Ellis*, 20-cr-00302, filed 5/28/20 (*Doc. 11, PageID #39*)

3.      Deft. Ex. C. Order of Detention Pending Trial in *United States v. Ellis*, 20-cr-00302, filed 5/29/20 (*Doc. 13, PageID #41-43*)

4.      Deft. Ex. D. Grand Jury Indictment in *United States v. Ellis*, 20-cr-00302, filed 6/11/20 (*Doc. 19, PageID #44-46*)

5.      Deft. Ex. E. Defendant's Unopposed Motion to Continue in *United States v. Ellis*, 20-cr-00302, filed 7/21/20 (*Doc. 19, PageID #138-139*)

6.      Deft. Ex. F. Defendant's Unopposed Motion to Continue in *United States v. Ellis*, 20-cr-00302, filed 10/1/20 (*Doc. 22, PageID #138-145*)

7.      Deft. Ex. G. Order Continuing Trial in *United States v. Ellis*, 20-cr-00302, filed 7/28/21 (*Doc. 65, PageID #653-655*)

8.      Deft. Ex. H. Order for Dismissal in *United States v. Ellis*, 20-cr-00302, filed 8/27/21 (*Doc. 68, PageID #659*)

9.      Deft. Ex. I. Plaintiff's Responses to Discovery Requests, Including Admissions, submitted 11/4/22

10.      Deft. Ex. J. Certified Copy of Journal Entry in *State v. Ellis*, Cuyahoga Case No. CR-20-648922, filed 5/17/22

11.      Def. Ex. K. Certified Copy of Journal Entry in *State v. Ellis*, Cuyahoga Case No. CR-20-648922, filed 6/9/22

12.     Def. Ex. L. Certified Copy of Judgment Entry of Sentence in *State v. Ellis*, Lake Case No. 23-CR-000988, filed 8/5/24

13.     Deft. Ex. M. Certified Copy of Journal Entry in *State v. Ellis*, Cuyahoga Case No. CR-07-495646, filed 12/3/07

14.     Deft. Ex. N. Certified Copy of Journal Entry in *State v. Ellis*, Cuyahoga Case No. CR-07-498821, filed 2/29/08

15.     Deft. Ex. O. Video captured by WCS, identified and named in its native format as *S_W@_638_E.127_5th_Vice.WilliamEllis*, taken on 5/18/20

16.     Deft. Ex. P. Video captured by WCS, identified and named in its native format as *638_E._127-SW_DS_Vice_SWAT_(Ellis)*, taken 5/18/20

17.     Deft. Ex. Q. Video captured by WCS, identified and named in its native format as *638E127_SearchWtcwDrugs_1MarrTraffDrugs*, taken 5/18/20

18.     Deft. Ex. R.  Cleveland Police Department Search Warrant Inventory List, prepared 5/18/20

19.     Deft. Ex. S.  Cleveland Division of Police, record of transmitted of collected evidence from Fifth District (2020-139102) to Cuyahoga County, prepared 5/18/20

20.     Deft. Ex. T. Physical Examination Report from the Cuyahoga County Regional Forensic Science Laboratory for Lab Case No. 2020-002394 (5/15/20)

21.     Deft. Ex. U. Physical Examination Report from the Cuyahoga County Regional Forensic Science Laboratory for Lab Case No. 2020-002566 (5/20/20)

22.     Deft. Ex. V. Audio Recording, identified and named in its native format at *Phone Interview w Matthew Radovanic*, recorded 8/25/22 (*Doc. 50, PageID #783-784*)

23.     Deft. Ex. W. Transcription of Audio Recording interview between Sgt. Mitchell Sheehan and Matthew Radovanic, recorded 8/25/22

24.     Deft. Ex. X. Portions of Testimony of Matthew Radovanic in *United States v. Ellis*, 20-cr-00302, given 7/20/21 (*Doc. 48*)

25.     Deft. Ex. Y. Report prepared by Det. Yasenchack, #2362, signed 5/20/20, redacted

26.     Deft. Ex. Z. Map of Cleveland Division of Police Zone Boundaries, including District 5, current as of 4/6/26

27.     Deft. Ex. AA. Google Map of 638 E. 127th Street, Cleveland, 1000 ft, current as of 4/6/26

28.     Deft. Ex. BB. Cleveland Division of Police General Police Order 4.06.04, Field Operations, WEARABLE CAMERA SYSTEM, 1/1/20

29.     Deft. Ex. CC. Video captured by WCS by Det. Yasenchack, taken on 3/4/19, only if Court denies Defendant's Motion in Limine relating to Ellis's arrest on March 9, 2019.

30.     Deft. Ex. DD. Video captured by WCS by Sgt. Weaver, taken on 3/4/19, only if Court denies Defendant's Motion in Limine relating to Ellis's arrest on March 9, 2019.

31.     Deft. Ex. EE. Transcript of Proceedings for Preliminary Hearing in *United States v. Ellis*, 20-cr-00302, filed 6/22/20 (*Doc. 16, PageID #56-70*), pending preliminary rulings from the Court.

32.     Deft. Ex. FF, Certified Copy of Journal Entry in *State v. Ellis*, Cuyahoga Case No. CR-97-349373, filed 8/27/97, only if Ellis opens the door to an inquiry on this subject by his own testimony.

33.     Deft. Ex. GG, Cleveland Division of Police General Police Order 2.3.08, INVESTIGATIVE STOPS, 8/16/02, only if Court denies Defendant's Motion in Limine relating to Ellis's arrest on March 9, 2019.

34.     Def. Ex. HH, Cleveland Division of Police General Police Order 2.3.10, SEARCHES INCIDENT TO ARREST, 7/17/03 revised 12/31/07, only if Court denies Defendant's Motion in Limine relating to Ellis's arrest on March 9, 2019

Respectfully submitted,


By:     */s/ J.R. Russell*
ELENA N. BOOP (0072907)
Chief Trial Counsel
James R. Russell, Jr. (0075499)
Chief Assistant Director of Law
City of Cleveland, Department of Law
601 Lakeside Avenue, Room 106
Cleveland, Ohio 44114-1077
Tel: (216) 664-2800
Email: EBoop@clevelandohio.gov
Email: JRussell2@clevelandohio.gov
*Attorneys for Defendant Det. Jeffrey Yasenchack*

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 6, 2026, the foregoing was provided electronically to Joseph Scott and Marcus Sidoti counsel for Plaintiff at *jscott@ohiowagelawyers.com* and *marcus@fggfirm.com*.

/s/ *J.R. Russell*
ELENA N. BOOP (0072907)
James R. Russell (0075499)