## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **WILLIAM ELLIS,** | ) | **CASE NO. 1:22-cv-00815** |
| | ) | |
| **Plaintiff** | ) | **JUDGE SOLOMON OLIVER, JR.** |
| | ) | |
| **v.** | ) | |
| | ) | **PLAINTIFF'S TRIAL WITNESS LIST** |
| **DET. JEFFREY YASENCHACK,** *et al.*, | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

Pursuant to Fed. R. Civ. P. 26(a)(3)(A)(i), Plaintiff William Ellis discloses the following witnesses that they expect to call at trial in this civil action:

1. **Jeffrey Yasenchack:** Defendant is represented by counsel.  As on cross, Jeffrey Yasenchack will testify mainly to his involvement in and observation of the events of March 3, 2019-May 18, 2020 and his interactions with Mr. Ellis. He will also testify as to his knowledge and experiences of policies, training, practices, etc. at the Cleveland Police Department related to investigations.

2. **William Ellis:** Mr. Ellis will testify as to his memory of the events at issue the damages suffered by himself and his family as a result of the actions of Defendant Yasenchack.

The Plaintiff may call these additional witnesses:

3. **Det. Donald Kopchak** 555 Independence Dr, Medina, OH 44256. As on cross-examination, the former Detective will testify mainly to his involvement in and observation of the events of and leading to May 18, 2020, his own involvement in the

investigation, including statements and interviews provided to CDP and OPS investigators. Detective Kopchak has been convicted in Medina County for assault, ethnic intimidation and

4. **Captain Renee Kane** 1300 Ontario St. Cleveland, OH, 44113. As on cross-examination, the Detective will testify mainly to his involvement in and observation of the events of and leading to May 18, 2020, his own involvement in the investigation, including statements and interviews provided to CDP and OPS investigators

5. **Lt. Charles DePenti** 1300 Ontario St. Cleveland, OH, 44113. As on cross-examination, the Detective will testify mainly to his involvement in and observation of the events of and leading to May 18, 2020, his own involvement in the investigation, including statements and interviews provided to CDP and OPS investigators

6. **Lt. Kevin Kincaid** 1300 Ontario St. Cleveland, OH, 44113, (216) 623-5000. As on cross-examination, the Detective will testify mainly to his involvement in and observation of the events of and leading to May 18, 2020, his own involvement in the investigation, including statements and interviews provided to CDP and OPS investigators

7. **David Hammon** As on cross-examination, the Mr. Hammon will testify mainly to his observations of and involvement in the OPS investigation of the events.

8. **AUSA Kevin Pierce.** Mr. Pierce will testify primarily as to his involvement in the federal criminal proceedings against the Plaintiff.

2

9.  **Darren Thompson.** Mr. Thompson will testify primarily as to his involvement in the federal criminal proceedings against the Plaintiff.

10. **Christine Russo.** Ms. Russo will testify primarily as to her involvement in the state criminal proceedings against the Plaintiff.

11. **Gina Villa.**  Ms. Villa will testify primarily as to her involvement in the investigation and criminal proceedings against the Plaintiff.

12. **OPS Records Custodian**

Plaintiff may call additional witnesses for the purpose of rebuttal or impeachment, and witnesses previously identified in pretrial disclosures pursuant to Fed. R. Civ. P. 26.

Respectfully submitted,

*/s/ Marcus Sidoti*
MARCUS SIDOTI (0077476)
50 Public Square, Suite 1900
Cleveland, OH  44113-2205
Telephone:     (216) 241-1430
Facsimile:      (216) 621-0427
E-Mail: marcus@FGGfirm.com

JOSEPH F. SCOTT (0029780)
Scott & Winters
11925 Pearl Road, Suite 310
Strongsville, OH 44136
P: (216) 912-2221 F: (440) 846-1625
jscott@ohiowagelawyers.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ Marcus Sidoti
MARCUS SIDOTI (0077476)