UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM ELLIS, | ) | Case No.: 1:22 CV815 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| JEFFREY YASENCHACK, | ) | |
| | ) | |
| Defendant | ) | ORDER |

Currently pending before the court in the above-captioned case is Plaintiff William Ellis's Motion for Writ of Habeas Corpus Ad Testificandum ("Motion") (ECF No. 72), seeking an order directing the Medina County Sheriff Terry Grice to produce Donald Kopchak for testimony at the jury trial in this matter commencing April 13, 2026.

The court, having reviewed the Motion, as well as Defendant's Opposition (ECF No. 74) and the record in this case, and being fully advised in the premises, finds as follows:

1. This court has authority to issue a writ of habeas corpus ad testificandum pursuant to 28 U.S.C. § 2241(c)(5) and its inherent power to secure the attendance of witnesses necessary to the administration of justice.

2. This case is a civil rights action under 42 U.S.C. § 1983 in which Plaintiff William Ellis alleges that Defendant Jeffrey Yasenchack, a former detective with the Cleveland Division of Police, submitted false and misleading affidavits in support of a search warrant, leading to the execution of

that warrant on May 18, 2020, and to Plaintiff's wrongful federal prosecution and incarceration for more than fifteen months.

3. Mr. Kopchak is currently in the custody of the Medina County Jail and cannot attend trial voluntarily.

4. The distance between the Medina County Jail and the Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio 44113, is approximately thirty miles, and the transport is logistically manageable.

5. Good cause exists to grant the Motion and to issue the writ. However, the court makes no ruling at this time on whether Mr. Kopchak will be allowed to testify at trial. Nor does the court rule at this time on Defendant's Fifth Motion in Limine (ECF No. 55), which seeks to exclude any reference to the identity of Donald Kopchak.

IT IS SO ORDERED.

*/s/ SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

April 9, 2026