**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **WILLIAM ELLIS,** | ) | **CASE NO. 1:22-cv-00815** |
| | ) | |
| **Plaintiff** | ) | **JUDGE SOLOMON OLIVER, JR.** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **DET. JEFFREY YASENCHACK,** *et* | ) | |
| *al.*, | ) | **PARTIES JOINT NOTICE** |
| | ) | **REGARDING SETTLEMENT** |
| **Defendants.** | ) | |
| | ) | |

The parties in the instant matter hereby notify the Court that an agreement has been reached for

settlement. The Parties request 45 days to submit the terms to the Court. They ask that the Trial

date be cancelled as a trial is no longer necessary to the resolution of the matter.


     Respectfully submitted,


*/s/ Marcus Sidoti*
MARCUS SIDOTI (0077476)
50 Public Square, Suite 1900
Cleveland, OH  44113-2205
Telephone:    (216) 241-1430
Facsimile:     (216) 621-0427
E-Mail: marcus@FGGfirm.com

JOSEPH F. SCOTT (0029780)
Scott & Winters
11925 Pearl Road, Suite 310
Strongsville, OH 44136
P: (216) 912-2221 F: (440) 846-1625
jscott@ohiowagelawyers.com

*/s/ Elena Boop*
ELENA N. BOOP (0072907)
James R. Russell, Jr. (0075499)
Chief Assistant Director of Law
City of Cleveland, Department of Law
601 Lakeside Avenue, Room 106
Cleveland, Ohio 44114-1077
Tel: (216) 664-2800
Email: EBoop@clevelandohio.gov
Email: JRussell2@clevelandohio.gov
*Attorneys for Defendant Det. Jeffrey*
*Yasenchack*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ Marcus Sidoti
MARCUS SIDOTI (0077476)
*Attorney for Plaintiffs*