**IN THE UNITED STATES DISTRICT COURT**
**NOTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| WILLIAM ELLIS, | ) | CASE NO. 1:22-cv-815 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| JEFFREY YASENCHACK, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

---

## JOINT MOTION TO EXTEND TIME TO FINALIZE RESOLUTION

---

Plaintiff William Ellis and Defendant Det. Jeffrey Yasenchack, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, request additional time to finalize a full resolution of this case. On April 9, 2026, the parties filed a joint notice regarding settlement (*Doc. 81, PageID #993*). This Court cancelled the jury trial scheduled for the following week because it was no longer necessary. The parties also requested 45 days to submit the terms to this Court. *Id.* The parties submit that they need additional time to obtain final signatures on agreements and to take the necessary administrative steps for the processing of the settlement. Therefore, the parties jointly request an additional 45 days to take the final steps necessary to fully close out this matter.

Respectfully submitted,

/s/ Joseph F. Scott
Joseph F. Scott (0029780)
Attorney at Law
Scott & Winters
11925 Pearl Road, Suite 310
Strongsville, OH 44136
(216) 912-2221
Marcus Sidoti
Attorney at Law
Friedman Gilbert + Gerhardstein
50 Public Square, Suite 1900
Cleveland, OH 44113
(216) 241-1430
jscott@ohiowagelawyers.com
marcus@FGGfirm.com

/s/ J.R. Russell
Elena N. Boop (0072907)
Chief Trial Counsel
James R. Russell, Jr. (0075499)
Chief Assistant Director of Law
City of Cleveland
Department of Law
601 Lakeside Avenue, Room 106
Cleveland, OH 44114
(216) 664-3727
(216) 664-2767
Eboop@clevelandohio.gov
JRussell2@clevelandohio.gov

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was filed electronically on the 21st day of May, 2026.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ J.R. Russell
ELENA N. BOOP (0072907)
JAMES R. RUSSELL (0075499)
*Attorneys for Defendant Jeffrey Yasenchack*

2