**IN THE UNITED STATES DISTRICT COURT**
**NOTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| WILLIAM ELLIS, | ) | CASE NO. 1:22-cv-815 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| JEFFREY YASENCHACK, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

---

**STIPULATED DISMISSAL WITH PREJUDICE**

---

Now come Plaintiff William Ellis and Defendant Jeffrey Yasenchack, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, to hereby stipulate that Plaintiff's Complaint against Defendant and this action should be dismissed with prejudice. *See Doc. 81, PageID #993*. All court costs should be taxed to Defendant.

| | |
|---|---|
| */s/ Marcus Sidoti per e-mail 7/1/26* | */s/ J.R. Russell* |
| Joseph F. Scott (0029780) | Elena N. Boop (0072907) |
| Attorney at Law | Chief Trial Counsel |
| Scott & Winters | James R. Russell, Jr. (0075499) |
| 11925 Pearl Road, Suite 310 | Chief Assistant Director of Law |
| Strongsville, OH 44136 | City of Cleveland |
| (216) 912-2221 | Department of Law |
| Marcus Sidoti (0077476) | 601 Lakeside Avenue, Room 106 |
| Attorney at Law | Cleveland, OH 44114 |
| Friedman Gilbert + Gerhardstein | (216) 664-3727 |
| 50 Public Square, Suite 1900 | (216) 664-2767 |
| Cleveland, OH 44113 | Eboop@clevelandohio.gov |
| (216) 241-1430 | JRussell2@clevelandohio.gov |
| jscott@ohiowagelawyers.com | |
| marcus@FGGfirm.com | |

1

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was filed electronically on the 1st day of July, 2026.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *J.R. Russell*
ELENA N. BOOP (0072907)
JAMES R. RUSSELL (0075499)
*Attorneys for Defendant Jeffrey Yasenchack*