**IN THE UNITED STATES DISTRICT COURT**
**NOTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| WILLIAM ELLIS, | ) | CASE NO. 1:22-cv-815 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| JEFFREY YASENCHACK, | ) | IT IS SO ORDERED. |
| | ) | /s/ Solomon Oliver, Jr. |
| Defendant. | ) | United States District Judge |
| | ) | 7/2/2026 |
| | ) | |
| | ) | |

---

**STIPULATED DISMISSAL WITH PREJUDICE**

---

Now come Plaintiff William Ellis and Defendant Jeffrey Yasenchack, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, to hereby stipulate that Plaintiff's Complaint against Defendant and this action should be dismissed with prejudice. *See Doc. 81, PageID #993*. All court costs should be taxed to Defendant.

<table>
<tr>
<td>

*/s/ Marcus Sidoti per e-mail 7/1/26*
Joseph F. Scott (0029780)
Attorney at Law
Scott & Winters
11925 Pearl Road, Suite 310
Strongsville, OH 44136
(216) 912-2221
Marcus Sidoti (0077476)
Attorney at Law
Friedman Gilbert + Gerhardstein
50 Public Square, Suite 1900
Cleveland, OH 44113
(216) 241-1430
jscott@ohiowagelawyers.com
marcus@FGGfirm.com

</td>
<td>

*/s/ J.R. Russell*
Elena N. Boop (0072907)
Chief Trial Counsel
James R. Russell, Jr. (0075499)
Chief Assistant Director of Law
City of Cleveland
Department of Law
601 Lakeside Avenue, Room 106
Cleveland, OH 44114
(216) 664-3727
(216) 664-2767
Eboop@clevelandohio.gov
JRussell2@clevelandohio.gov

</td>
</tr>
</table>

1